UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-12-13

THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. (F/K/A THE BANK OF NEW YORK TRUST COMPANY, NATIONAL ASSOCIATION), AS TRUSTEE FOR MORGAN STANLEY CAPITAL I INC., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-IQ14,

Plaintiff,

v.

PETER H. GEBERT,
ELLEN J. GEBERT,
HAMPTON C. RANDOLPH, and
EVELYN M. RANDOLPH,

Defendants.

No. 13-cv-06988 (PKC)

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between the parties that Defendants' time to respond to Plaintiff's Complaint shall be extended to and including **November 22, 2013**. The original date for Defendants to respond to the Plaintiff's Complaint is November 12, 2013. No previous requests for extensions of time have been made in this case.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Respectfully submitted,

DUANE MORRIS LLP

*[signature]*

Suzan Jo
Sjo@duanemorris.com
1540 Broadway
New York, New York 10036
Telephone: (212) 692-1088

Lauren Taylor Lonergan
LLTaylor@duanemorris.com
Catherine E. Beideman
CEBeideman@duanemorris.com
30 South 17th Street
Philadelphia, PA 19103
Telephone: (215) 979-1000

*Attorneys for Plaintiff, The Bank of New York Mellon Trust Company, N.A. (f/k/a The Bank of New York Trust Company, National Association), as Trustee for Morgan Stanley Capital I Inc., Commercial Mortgage Pass-Through Certificates, Series 2007-IQ14*

SHER TREMONTE LLP

*[signature]*

Michael Tremonte, Esquire
80 Broad Street, Suite 1301
New York, NY 10004
Telephone: (212) 202-2600
Facsimile: (212) 202-4156
Email: mtremonte@shertremonte.com

*Attorneys for Defendants*

SO ORDERED *[signature]*   11-12-13.

U.S.D.J.

2