UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. (F/K/A THE BANK OF NEW YORK TRUST COMPANY, NATIONAL ASSOCIATION), AS TRUSTEE FOR MORGAN STANLEY CAPITAL I INC., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-IQ14,<br><br>        Plaintiff,<br><br>        v.<br><br>PETER H. GEBERT,<br>ELLEN J. GEBERT,<br>HAMPTON C. RANDOLPH, and<br>EVELYN M. RANDOLPH,<br><br>        Defendants. | No. 13-cv-06988 (PKC)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel of record for Defendants Peter H. Gebert, Ellen J. Gebert, Hampton C. Randolph, and Evelyn M. Randolph. I certify that I am admitted to practice in this Court.

Dated: New York, New York
       November 13, 2013

                                                    /s/ Mark Cuccaro
                                              Mark Cuccaro, Esquire
                                              SHER TREMONTE LLP
                                         80 Broad Street, Suite 1301
                                                  New York, NY 10004
                                         Telephone: (212) 202-2600
                                          Facsimile: (212) 202-4156
                              Email: mcuccaro@shertremonte.com

                                             *Attorneys for Defendants*