UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. (F/K/A THE BANK OF NEW YORK TRUST COMPANY, NATIONAL ASSOCIATION), AS TRUSTEE FOR MORGAN STANLEY CAPITAL I INC., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-IQ14, <br><br> Plaintiff, <br><br> v. <br><br> PETER H. GEBERT, ELLEN J. GEBERT, HAMPTON C. RANDOLPH, and EVELYN M. RANDOLPH, <br><br> Defendants. | No. 13-cv-06988 (PKC) <br><br> **NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel of record for Defendants Peter H. Gebert, Ellen J. Gebert, Hampton C. Randolph and Evelyn M. Randolph. I certify that I am admitted to practice in this Court.

Dated: New York, New York
       November 13, 2013

                                        /s/ Michael Tremonte
                                    Michael Tremonte, Esquire
                                    SHER TREMONTE LLP
                                    80 Broad Street, Suite 1301
                                    New York, NY 10004
                                    Telephone: (212) 202-2600
                                    Facsimile: (212) 202-4156
                                    Email: mtremonte@shertremonte.com

                                    *Attorneys for Defendants*