UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. (F/K/A THE BANK OF NEW YORK TRUST COMPANY, NATIONAL ASSOCIATION), AS TRUSTEE FOR MORGAN STANLEY CAPITAL I INC., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-IQ14,<br><br>              Plaintiff,<br><br>v.<br><br>PETER H. GEBERT,<br>ELLEN J. GEBERT,<br>HAMPTON C. RANDOLPH, and<br>EVELYN M. RANDOLPH,<br><br>              Defendants. | No. 13-cv-06988 (PKC)<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PRE-MOTION LETTER DATED NOVEMBER 22, 2013** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties that Plaintiff's time to respond to Defendants Pre-Motion Letter dated November 22, 2013 (the "Pre-Motion Letter") shall be extended to and including **December 4, 2013**. The original date for Plaintiff to respond to the Pre-Motion Letter is November 27, 2013. No previous extensions have been granted with respect to this pre-motion letter.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Respectfully submitted,

| | |
|---|---|
| DUANE MORRIS LLP | SHER TREMONTE LLP |
| *[signature]* | *[signature]* |
| Suzan Jo | Michael Tremonte, Esquire |
| Sjo@duanemorris.com | 80 Broad Street, Suite 1301 |
| 1540 Broadway | New York, NY 10004 |
| New York, New York 10036 | Telephone: (212) 202-2600 |
| Telephone: (212) 692-1088 | Facsimile: (212) 202-4156 |
| | Email: mtremonte@shertremonte.com |
| Lauren Taylor Lonergan | |
| LLTaylor@duanemorris.com | *Attorneys for Defendants* |
| Catherine E. Beideman | |
| CEBeideman@duanemorris.com | |
| 30 South 17th Street | |
| Philadelphia, PA 19103 | |
| Telephone: (215) 979-1000 | |

*Attorneys for Plaintiff, The Bank of New York Mellon Trust Company, N.A. (f/k/a The Bank of New York Trust Company, National Association), as Trustee for Morgan Stanley Capital I Inc., Commercial Mortgage Pass-Through Certificates, Series 2007-IQ14*

SO ORDERED

_____

2