UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. (F/K/A THE BANK OF NEW YORK TRUST COMPANY, NATIONAL ASSOCIATION), AS TRUSTEE FOR MORGAN STANLEY CAPITAL I INC., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-IQ14,<br><br>          Plaintiff,<br><br>v.<br><br>PETER H. GEBERT,<br>ELLEN J. GEBERT,<br>HAMPTON C. RANDOLPH, and<br>EVELYN M. RANDOLPH,<br><br>          Defendants. | No. 13-cv-06988 (PKC)<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PRE-MOTION LETTER DATED NOVEMBER 22, 2013** |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-26-13

IT IS HEREBY STIPULATED AND AGREED by and between the parties that Plaintiff's time to respond to Defendants Pre-Motion Letter dated November 22, 2013 (the "Pre-Motion Letter") shall be extended to and including **December 4, 2013**. The original date for Plaintiff to respond to the Pre-Motion Letter is November 27, 2013. No previous extensions have been granted with respect to this pre-motion letter.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Respectfully submitted,

DUANE MORRIS LLP

Suzan Jo
Sjo@duanemorris.com
1540 Broadway
New York, New York 10036
Telephone: (212) 692-1088

Lauren Taylor Lonergan
LLTaylor@duanemorris.com
Catherine E. Beideman
CEBeideman@duanemorris.com
30 South 17th Street
Philadelphia, PA 19103
Telephone: (215) 979-1000

*Attorneys for Plaintiff, The Bank of New York Mellon Trust Company, N.A. (f/k/a The Bank of New York Trust Company, National Association), as Trustee for Morgan Stanley Capital I Inc., Commercial Mortgage Pass-Through Certificates, Series 2007-IQ14*

SHER TREMONTE LLP

Michael Tremonte, Esquire
80 Broad Street, Suite 1301
New York, NY 10004
Telephone: (212) 202-2600
Facsimile: (212) 202-4156
Email: mtremonte@shertremonte.com

*Attorneys for Defendants*

SO ORDERED                                      11-26-13