USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-6-13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
BANK OF NEW YORK MELLON TRUST CO

                Plaintiff(s),

       - against -

PETER H. GEBERT, et al.

                Defendant(s).

-----------------------------------------------------------x

13 Civ. 6988 (PKC)

ORDER FOLLOWING
PRETRIAL CONFERENCE

As result of a pretrial conference held before the Court today, the following is ORDERED:

1. By ~~Oct~~ Jan 6, 2014, defendants shall file their motion addressing venue and personal jurisdiction. By Jan 31 plaintiff response; by Feb'y 14 ~~plaintiff~~ defendants may reply.

2. By _____, 201_, _____ shall _____

3. By _____, 201_, _____ shall _____

4.

5.

6. The next Case Management Conference [the Final Pretrial Conference] will be held on _____ at _____ am/pm. Any conference scheduled for a date prior thereto is adjourned.

*[Item 6 struck through]*

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
12-6-13