UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

The Bank of New York Mellon Trust            :
Company, N.A. (f/k/a The Bank of New         :
York Trust Company, National Association)    :
as Trustee for Morgan Stanley Capital I Inc. :    No. 13-06988 (PKC)
Commercial Mortgage Pass-Through             :
Certificates Series 2007-IQ14,               :
                                             :    **NOTICE OF MOTION**
                        Plaintiff,           :
                                             :
v.                                           :
                                             :
Peter H. Gebert, et al.,                     :
                                             :
                        Defendants.          :

---

Please take notice that, upon the accompanying memorandum of law and all other papers and proceedings in this action, defendants Peter H. Gebert, Ellen J. Gebert, Hampton C. Randolph and Evelyn M. Randolph, by their undersigned attorneys, will move this Court, before the Honorable Kevin P. Castel, United States District Judge, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, on a date and at a time to be set by the Court so that counsel may be heard, for entry of an order: (i) dismissing the complaint for improper venue pursuant to Federal Rule of Civil Procedure 12(b)(3) or, in the alternative, transferring venue pursuant to 28 U.S.C. Section 1406(a); (ii) dismissing plaintiff's claims for fraud (Count II of the Complaint), conversion (Count III of the Complaint) and demand for punitive damages; and (iii) awarding such other and further relief as the Court deems just and proper.

1

Dated: New York, New York  
       January 6, 2014

**SHER TREMONTE LLP**

BY: _/s/ Michael Tremonte_  
Michael Tremonte, Esquire  
80 Broad Street, Suite 1301  
New York, NY 10004  
Telephone: (212) 202-2600  
Facsimile: (212) 202-4156  
Email: mtremonte@shertremonte.com

**BRAVERMAN KASKEY, P.C.**  
David L. Braverman, Esquire  
Peter J. Leyh, Esquire  
One Liberty Place, 56th Floor  
Philadelphia, Pennsylvania 19103  
215-575-3800 (telephone)  
215-575-3801 (facsimile)  
Email: dbraver@braverlaw.com  
Pleyh@braverlaw.com

*Attorneys for Defendants*

TO:

**DUANE MORRIS LLP**  
Suzan Jo, Esquire  
1540 Broadway  
New York, NY 10036-4086  
Telephone: (212) 692-1088  
Facsimile: (212) 214-1094  
Email: Sjo@duanemorris.com

Lauren Lonergan Taylor, Esquire  
30 South 17th Street  
Philadelphia, PA 19103-4196  
Telephone: (215) 979-1503  
Facsimile: (215) 689-4434  
Email: LLTaylor@duanemorris.com

*Attorneys for Plaintiff*