UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――――――――――

| | | |
|---|---|---|
| The Bank of New York Mellon Trust Company, N.A. (f/k/a The Bank of New York Trust Company, National Association), as Trustee for Morgan Stanley Capital I Inc., Commercial Mortgage Pass-Through Certificates, Series 2007-IQ14, | : : : : : : : | No. 13-06988 (PKC) **CERTIFICATE OF SERVICE** |
| Plaintiff, | : | |
| v. | : : | |
| Peter H. Gebert, Ellen J. Gebert, Hampton C. Randolph and Evelyn M. Randolph, | : : : | |
| Defendants. | : | |

―――――――――――――――――――――――――――――――――――

I hereby certify that a true and correct copy of Defendants' Memorandum of Law in Support of Motion to Dismiss the Complaint or, in the Alternative, To Transfer Venue with supporting documents [Docket Documents #27 & #28] was served on January 8, 2014 upon the following counsel by electronic mail via the Court's CM/ECF System:

>Catherine Edge Beideman, Esquire
>Lauren Lonergan Taylor, Esquire
>Duane Morris LLP
>30 S. 17th Street
>Philadelphia, Pennsylvania 19103
>cebeideman@duanemorris.com
>lltaylor@duanemorris.com
>
>Suzan Jo, Esquire
>Duane Morris LLP
>1540 Broadway
>New York, New York 10036
>sjo@duanemorris.com

        Michael Tremonte, Esquire
        Mark Elliot Cuccaro, Esquire
        Sher Tremonte LLP
        80 Broad Street, Suite 1301
        New York, New York 10004
        mtremonte@shertremonte.com
        mcuccaro@shertremonte.com

Dated: January 8, 2014        Respectfully Submitted,

        BRAVERMAN KASKEY, P.C.


        __*/s/ Peter J. Leyh*_____
        Peter J. Leyh, Esquire
        One Liberty Place – 56th Floor
        1650 Market Street
        Philadelphia, Pennsylvania 19103-7334
        (215) 575-3800
        (215) 575-3801 (facsimile)
        pleyh@braverlaw.com